TARA K. McGRATH
United States Attorney
P. KEVIN MOKHTARI
Assistant United States Attorney
California Bar No. 253283
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8402
kevin.mokhtari@usdoj.gov

Attorneys for United States of America



FILED

JUL 3 1 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZHAO WANG (1),<br>  aka "Oscar,"<br>JIANDONG CHEN (2),<br>  aka "Little Tiger,"<br>JUN LI (3),<br>XIN WANG (4),<br>YOUFEI GONG (5),<br>  aka "Mark,"<br><br>Defendants. | No. 24-CR-1317-RSH<br><br>**UNITED STATES' MOTION TO UNSEAL (1) CASE; (2) INDICTMENT; AND (3) ARREST WARRANTS** |

The United States of America, by its counsel, moves to unseal this case, the indictment, and the arrest warrants for all defendants in the above-captioned matter. All of the defendants charged in the indictment have been arrested and/or are in custody as part of a multidistrict takedown of this investigation that occurred on July 31, 2024. The reasons for sealing therefore no longer exist.

//
//
//

1         The Court should therefore unseal the case, the indictment, and the arrest warrants

2    for all defendants in this matter and for all purposes.

3    DATED: July 31, 2024                  Respectfully submitted,

4                                      TARA K. McGRATH

5                                      United States Attorney

6

7

8                                      P. KEVIN MOKHTARI

9                                      Assistant U. S. Attorney

O R D E R

Upon application of the United States, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case, the indictment, and the arrest warrants in this matter shall be unsealed.

DATED: July 31, 2024

HON. VALERIE E. TORRES
UNITED STATES MAGISTRATE JUDGE